IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAIDEN CREEK ASSOCIATES,** | : | **CIVIL ACTION** |
| **L.P., and BOARD OF SUPERVISORS** | : | |
| **OF MAIDENCREEK TOWNSHIP,** | : | |
| Plaintiffs, | : | No. 15-242 |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **UNITED STATES DEPARTMENT** | : | |
| **OF TRANSPORTATION, et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 20th day of August, 2015, upon consideration of defendants' motion to dismiss (Doc. No. 18) and all responses thereto and plaintiffs' motion for leave to file an Amended Complaint (Doc. No. 21) and all responses thereto, it is hereby **ORDERED** that the defendants' motion is **GRANTED** and the plaintiffs' motion is **DENIED**, as explained in the accompanying memorandum. This case is **DISMISSED**.

BY THE COURT:

/s/Lawrence F. Stengel
LAWRENCE F. STENGEL, J.